866

No. 88–5245.  SMITH v. SOWDERS, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 88–5248.  POWELL v. FULCOMER, WARDEN.  C. A. 3d Cir. Certiorari denied.

No. 88–5251.  NICHOLS v. CITY OF ERIE POLICE DEPARTMENT ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 88–5256.  WADE v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 88–5258.  THOMPSON v. HOUSEWRIGHT, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 88–5259.  MAULICK v. TAYLOR.  Sup. Ct. Va.  Certiorari denied.

No. 88–5261.  CITRO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 88–5264.  DAVIS v. FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 88–5275.  DE YOUNG v. CAMPBELL ET AL.  C. A. 8th Cir. Certiorari denied.

No. 88–5278.  YARBROUGH v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 88–5280.  SZEMBORSKI v. FIRST WISCONSIN NATIONAL BANK OF MILWAUKEE.  Ct. App. Wis.  Certiorari denied.

No. 88–5284.  SPINELLI v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 88–5285.  RICHARDSON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 88–5288.  ALCAZAR v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 88–5296.  GRAY v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.